UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA OCHOA o/b/o J.Y., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:25-cv-00509-BAM <br><br> **ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER** <br><br> **ORDER DIRECTING PLAINTIFF TO FILE GUARDIAN AD LITEM** <br><br> (Doc. 2.) |

On April 30, 2025, Plaintiff Eva Ochoa on behalf of J.Y. ("Plaintiff"), represented by counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

In addition, Plaintiff indicates that she brings this action "on behalf of J.Y.," it is unclear whether J.Y. is a minor or incompetent person and whether the appropriate guardian ad litem has been appointed. L.R. 202(a) provides that "Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the

1

appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person." L.R. 202(a); *See* Fed. R. Civ. P. 17(c).  Accordingly, if Ms. Ochoa is proceeding as the guardian ad litem of Plaintiff J.Y., Plaintiff is directed to file a motion for appointment of guardian ad litem by May 23, 2025.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* (Doc. 2) is GRANTED;
2. Plaintiff is directed to file a motion for appointment of guardian ad litem by May 23, 2025;
3. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;
4. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **May 2, 2025**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2