UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA OCHOA, | Case No. 1:25-cv-00509-BAM |
| Plaintiff, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(a)** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 9.) |
| Defendant. | **ORDER TO RECAPTION CASE** |

On April 30, 2025, Plaintiff "Eva Ochoa on behalf of J.Y." ("Plaintiff"), represented by counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). The Court granted Plaintiff's motion to proceed *in forma pauperis*, but noted that it was unclear whether "J.Y." was a minor or incompetent person and whether the appropriate guardian ad litem has been appointed, and therefore directed Plaintiff to file a motion seeking to appoint Ms. Ochoa as guardian ad litem. (Doc. 3.)

Following a subsequent minute order, Plaintiff Eva Ochoa filed a "Notice of Death and Motion for Substitution of Party Under Federal Rule of Civil Procedure 25(a)." (Doc. 9.) In her motion, Plaintiff clarifies that "Mr. Jose Yanez died on November 1, 2018;" that Mr. Yanez was

married to Eva Ochoa at the time of his death; that underpayment from the Social Security Administration may be paid to the surviving spouse who was living in the same household with the deceased at the time of death; and that Ms. Ochoa has submitted Form SSA-HA-539, Notice Regarding Substitution of Party Upon Death of Claimant, to the Social Security Administration, and has a clear interest in continuing this civil action as the substituted plaintiff. (*Id.* at 1-2.) Plaintiff has therefore clarified that Plaintiff Eva Ochoa, rather than the deceased Mr. Yanez, is pursuing her rights to underpayment of benefits from the Social Security Administration.

Given that clarification, Plaintiff's motion for substitution is unnecessary as Eva Ochoa, rather than Mr. Yanez, was and remains the sole Plaintiff in this action. Federal Rule of Civil Procedure 25(a) provides for substitution following the death of a party, but as Ms. Ochoa is pursuing her own interests rather than replacing her deceased husband, Rule 25(a) is inapplicable, and substitution is unnecessary. *See* Fed. R. Civ. P. 25(a). Plaintiff's motion is therefore denied and the matter will proceed without the need for further briefing on this issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Party Under Fed. R. Civ. P. 25(a) (Doc. 9) is DENIED as moot.

The caption should reflect that this action no longer proceeds by "EVA OCHOA o/b/o J.Y" as Plaintiff. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **May 30, 2025**                          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE

2