JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA OCHOA O/B/O JOSE YANEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISIONER OF SOCIAL SECURITY[1],<br><br>Defendant. | Case No.  1:25-cv-00509-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  July 25, 2025 to September 23, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 21, 2025 and July 28, 2025, Plaintiff's Counsel has sixteen merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 9, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: July 8, 2025        MICHELE BECKWITH
                           Acting United States Attorney
                           MATHEW W. PILE
                           Associate General Counsel
                           Office of Program Litigation
                           Social Security Administration

By:  *\*/s/ Justin Lane Martin*
    Justin Lane Martin
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on July 8, 2025)

2

# **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file Plaintiff's motions for summary judgment is GRANTED. Plaintiff shall file a motion for summary judgment on or before September 25, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 10, 2025**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE